1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MOODY WOODROW TANKSLEY,

11            Plaintiff,                    2:09-cv-0283 JFM (PC)

12        vs.

13   MEDICAL STAFF, SALINAS
     VALLEY STATE PRISON,
14
              Defendant.                    ORDER
15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In light of 1996

18   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

19   forma pauperis.

20            The federal venue statute requires that a civil action, other than one based on

21   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

23   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

24   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

25   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

26

                                            1

1          In this case, none of the defendants reside in this district.  The claim arose in

2    Monterey County, which is in the Northern District of California.  Therefore, plaintiff's claim

3    should have been filed in the United States District Court for the Northern District of California.

4    In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

5    correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.

6    1974).

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

9          2.  This matter is transferred to the United States District Court for the Northern

10   District of California.

11   DATED:  February 3, 2009.

12

13

14   UNITED STATES MAGISTRATE JUDGE

15   /mp/001

16   tank0283.21

17

18

19

20

21

22

23

24

25

26